| | |
|---|---|
| Sheehan & Associates, P.C. | 60 Cuttermill Rd Ste 412 |
| | Great Neck NY 11021 |
| Spencer Sheehan | T (516) 268-7080 |
| spencer@spencersheehan.com | F (516) 234-7800 |

October 19, 2022

Magistrate Judge Miroslav Lovric
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

         Re: 6:22-cv-788 BKS/ML
            Smith v. Adidas America, Inc.

Dear Magistrate Judge Miroslav Lovric:

  This office represents the plaintiff. In accordance with the Court's Individual Rules, the parties request an extension of one week for the Initial Rule 16 Conference ("Conference") set for October 26, 2022, at 1:00 PM and submission of the Civil Case Management Plan ("CMP") due seven days prior to the Conference. ECF No. 3.

  The original Conference date is October 26, 2022, at 1:00 PM and the CMP is to be submitted by October 19, 2022. The proposed new date for the Conference is Wednesday, November 2, 2022, at 11:00 AM with the CMP submitted no later than October 26, 2022.

  Defendant consents to this request. This request is not to cause unnecessary delay, or for any improper purpose. There have been no previous requests for extensions of the Conference date. No prior request was granted or denied. The request is submitted one week prior to the Conference date. Thank you.

                Respectfully submitted,

                /s/Spencer Sheehan