# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN SMITH, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>- against -<br><br>ADIDAS AMERICA, INC.,<br><br>                  Defendant | 6:22-cv-00788-BKS-ML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, stipulate that the above-captioned action, including all claims asserted therein, should be, and is hereby, dismissed, *with prejudice*, as to all parties, with each party bearing its own costs and attorneys' fees.

Dated:   April 26, 2024

Respectfully submitted,

**MARKOWITZ HERBOLD PC**

/s/ *Stanton R. Gallegos* (with consent)
stantongallegos@markowitzherbold.com
1455 SW Broadway Ste 1900
Portland OR 97201
Tel: (503) 295-3085

*Attorneys for Defendant*

**SHEEHAN & ASSOCIATES, P.C.**

/s/ *Spencer Sheehan*
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on April 26, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan

2