## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN SMITH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  - against -<br><br>ADIDAS AMERICA, INC.,<br><br>      Defendant | 6:22-cv-00788-BKS-ML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, stipulate that the above-captioned action, including all claims asserted therein, should be, and is hereby, dismissed, *with prejudice*, as to all parties, with each party bearing its own costs and attorneys' fees.

Dated: April 26, 2024

                               Respectfully submitted,

**MARKOWITZ HERBOLD PC**         **SHEEHAN & ASSOCIATES, P.C.**

/s/ *Stanton R. Gallegos* (with consent)     /s/ *Spencer Sheehan*
stantongallegos@markowitzherbold.com    spencer@spencersheehan.com
1455 SW Broadway Ste 1900         60 Cuttermill Rd Ste 412
Portland OR 97201             Great Neck NY 11021
Tel: (503) 295-3085            Tel: (516) 268-7080

*Attorneys for Defendant*            *Attorneys for Plaintiff*

IT IS SO ORDERED:

*[signature]*
Brenda K. Sannes
Chief U.S. District Judge

Dated: April 26, 2024
Syracuse, NY